IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN WESTMAN,

    Plaintiff,                                           3:12-cv-00675-HDM-WGC

  vs.                                                 ORDER

JACK PALMER,

    Defendant.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Robert C. Jones for reassignment.

    Dated this 21st day of December, 2012.

_Howard D McKibben_
_____
UNITED STATES DISTRICT JUDGE